UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
:
: ORDER OF REFERENCE
: TO A MAGISTRATE JUDGE
Plaintiff,  GULF AIR COMPANY :
: 08-6005    ( BSJ ) ( DF  )
-v- :
:
:
Defendant.  TRADE WIND ASSOCIATES, INC. :
:
:
x
-------------------------------------------------------------------

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| ☒ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ☐ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | ☐ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| | | ☐ | Habeas Corpus |
| | _____ | ☐ | Social Security |
| ☐ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ Settlement* | ☐ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ _____ |
| ☐ | Inquest After Default/Damages Hearing | | All such motions: _____ |

*Do not check if already referred for general pretrial.

Dated  July 14, 2008

SO ORDERED:

/s/ Barbara S. Jones

United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/14/08