## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  08 CV 6005                                              Purchased/Filed: June 30, 2008

STATE OF NEW YORK     UNITED STATES DISTRICT COURT              SOUTHERN COUNTY

Gulf Air Company                                           Plaintiff

against

Trade Wind Associates, Inc.                                Defendant

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

___Jessica Miller___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___August 7, 2008___, at ___11:45am___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed ___Summons in a Civil Action & Complaint with Exhibits Bearing the above Index # and Filing Date___ on ___Trade Wind Associates, Inc.___, the Defendant in this action, by delivering to and leaving with ___Chad Matice___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40.00___ dollars; That said service was made pursuant to Section ___306 Business Corporation Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: ___28yrs___   Approx. Wt: ___200lbs___   Approx. Ht: ___6'0"___
Color of skin: ___wht___   Hair color: ___Dk. Brn.___   Sex: ___M___   Other: ___Glasses___

Sworn to before me on this
12th day of     August 2008

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01T14898570, Albany County
Term Expires, June 15, 2011

Jessica Miller

Invoice·Work Order # 0620690